AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

WD/WA MJ19-5195

AUG 19 '19 10:07AM

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dallas Jeffrey Souder | ) | Case No. CR19-08106-002-PCT-CDB |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dallas Jeffrey Souder
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release Conditions.

Date:   08/19/2019

*Issuing officer's signature*

City and state:   Flagstaff, Arizona

Christina Hurley/Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/19/19, and the person was arrested on *(date)* 9/30/19
at *(city and state)* P.A., WA

Date: 9/30/19

*Arresting officer's signature*

Licano / DUSM
*Printed name and title*

Petition 12C — Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

FILED ✓ / LODGED / RECEIVED / COPY
AUG 1 9 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

| | | |
|---|---|---|
| Name of Offender: | **Dallas Jeffrey Souder** | Case No.: **CR-19-08106-002-PCT-CDB** |
| Name of Judicial Officer: | **The Honorable Camille D. Bibles**<br>**United States Magistrate Judge** | |
| Date of Original Sentence: | **6/4/2019** | |
| Original Offense: | **Count 2: Unlawful Possession of a Controlled Substance (Marijuana), 21 U.S.C. § 844(a), a Class A Misdemeanor** | |
| Original Sentence: | **30 days Bureau of Prisons, 12 months supervised release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **6/17/2019**<br>Date Supervision Expires: **6/16/2020** |
| Assistant U.S. Attorney: | **Paul V. Stearns**<br>928-556-0833 | Defense Attorney: **Kathryn Grace Mahady**<br>928-774-1478 |

Petitioning the Court to issue a Warrant.

The probation officer alleges Dallas Jeffrey Souder has violated the following conditions of supervision:

**Allegation**          **Nature of Noncompliance**

A    **Mandatory Condition #1** which states, You must not commit another federal, state or local crime.

1) On August 10, 2019, Souder committed the offense of Resisting Arrest in violation of RCW 9a.76.040, as evidenced by report 2019-00016848. Grade C violation. §7B1.1(a)(3)

2) On August 10, 2019, Souder committed the offense of Driving While License Suspended - 3rd Degree in violation of RCW 46.20.342.1C, as evidenced by report 2019-00016848. Grade C violation. §7B1.1(a)(3)

3) On August 10, 2019, Souder committed the offense of Driving Without an Interlock Device in violation of RCW 46.20.740, as evidenced by report 2019-00016848. Grade C violation. §7B1.1(a)(3)

Page 2
RE: Dallas Jeffrey Souder
Petition to Revoke
August 15, 2019

        4) On August 10, 2019, Souder committed the offense of Operating a Motor Vehicle Without Insurance in violation of RCW 46.30.020, as evidence by report 2019-00016848. Grade C violation. §7B1.1(a)(3)

B      **Special Condition #6** which states, No direct or Indirect contact with the co-defendant, Wynter Rose Lapin

        On August 10, 2019, Souder had direct contact with the co-defendant, Wynter Lapin as evidenced by report 2019-00016848. Grade C violation §7B1.1(a)(3).

## U.S. Probation Officer Recommendation and Justification

Dallas Jeffrey Souder has violated the trust of the Court. A warrant is recommended as Dallas Jeffrey Souder is in the custody of another authority, awaiting disposition on separate charges and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

Alexis M. Merko
U.S. Probation Officer
Office: 928-286-5755
Cell: 928-814-9369

8/15/2019
Date

Edward J. Martin, Jr.,
Supervisory U.S. Probation Officer
Office: 928-286-5760
Cell: 520-631-7076

8/15/2019
Date

Page 3
RE: Dallas Jeffrey Souder
Petition to Revoke
August 15, 2019

The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

_____          _8/19/19_____
The Honorable Camille D. Bibles                Date
United States Magistrate Judge